CHARLES M. SMITH, as Executor, etc., Respondent, *v.* GEORGE
B. NORTHRUP, Appellant.

(Argued March 6, 1895; decided March 22, 1895.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an
order made July 11, 1894, which affirmed a judgment in
favor of plaintiff entered upon a verdict, and also affirmed an
order denying a motion for a new trial.

*Charles H. Searle* for appellant.

*Charles R. Carruth* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

-----

MARY E. BECRAFT, as Administratrix, etc., Respondent, *v.*
THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD
COMPANY, Appellant.

(Argued March 6, 1895; decided March 22, 1895.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an
order made July 10, 1894, which affirmed a judgment in favor
of plaintiff entered upon a verdict, and also affirmed an order
denying a motion for a new trial.

*C. D. Prescott* for appellant.

*Nelson Zabriskie* for respondent.

Agree to affirm; no opinion.
All concur, except FINCH, J., not voting
Judgment affirmed.